■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSBOURNE BROADIE, Appellant. [654 NYS2d 694] —Application by

the appellant (1) for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this ·Court dated November 6, 1995 (*People v Broadie,* 221 AD2d 352), affirming a judgment of the Supreme Court, Kings County, rendered November 4, 1991, and, (2) in effect, for leave to prosecute the application as a poor person.

Ordered that the branch of the application which is for leave to prosecute the application as a poor person is granted; and it is further,

Ordered that the application is otherwise denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Miller, O'Brien and Copertino, JJ., concur.